FILED
DEC 27 2011
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHLEEN TINAGLIA,<br>    a/k/a KATHLEEN HAZZARD,<br><br>    Defendant. | 2:11-CR-369-PMP (RJJ) |

### ORDER OF FORFEITURE

On December 27, 2011, defendant KATHLEEN TINAGLIA, a/k/a KATHLEEN HAZZARD pled guilty to a One-Count Criminal Information charging her in Count One with Bank Fraud in violation of Title 18, United States Code, Section 1344 and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Information and the Plea Agreement.

This Court finds that KATHLEEN TINAGLIA, a/k/a KATHLEEN HAZZARD shall pay a criminal forfeiture money judgment of $91,275.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 982(a)(2)(A); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

. . .

. . .

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2  States recover from KATHLEEN TINAGLIA, a/k/a KATHLEEN HAZZARD a criminal forfeiture
3  money judgment in the amount of $91,275.00 in United States Currency.

DATED this 27th day of Dec, 2011.

_____
UNITED STATES DISTRICT JUDGE